# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 16, 2022

Lyle W. Cayce
Clerk

No. 21-51013
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Marcelino Medina-Rodriguez,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
No. 5:19-CR-807-1

Before Smith, Dennis, and Southwick, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Marcelino Medina-Rodriguez has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Medina-Rodriguez has not filed a response.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-51013

We have reviewed counsel's brief and relevant portions of the record. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.